# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| AMANDA HALL | § | |
| | § | |
| v. | § | No. 3:20-cv-3024-S-BN |
| | § | |
| REHAB PRO LLC | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff may therefore file an amended complaint within **14 days** of the date of this order. Her failure to do so will result in the dismissal of this action with prejudice without further notice.

**SO ORDERED.**

SIGNED November 18, 2020.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE